**Order entered July 18, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00634-CV

**TODD PRUETT, Appellant**

**V.**

**MICHAEL PITTMAN, M.D., Appellee**

**On Appeal from the 193rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-12-07463**

## ORDER

Before the Court is appellant's July 15, 2013 motion for an extension of time to file a brief. Appellant explains that he needs the extension because he is trying to obtain a reporter's record from a hearing in the 265th Judicial District Court of Dallas County, Texas. By order dated June 13, 2013, this Court denied appellant's request that we order the court reporter of the 265th Judicial District Court to file the reporter's record from a hearing held in that Court on September 13, 2013.

Appellant is appealing the trial court's order granting appellee's motion to dismiss. The trial court conducted a hearing on appellee's motion on January 22, 2013. By letter dated June 17, 2013, Stephanie Moses, Official Court Reporter for the 193rd Judicial District Court of Dallas County, Texas, informed this Court that no record was made of the January 22, 2013

hearing. Accordingly, we **GRANT** appellant's motion for an extension of time to file a brief. Appellant shall file his brief on or before August 16, 2013. We caution appellant that no further extension of time will be granted in this accelerated appeal absent extraordinary circumstances.

/s/     CAROLYN WRIGHT
CHIEF JUSTICE